**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

CLIFTON TIMOTHY TORREY, SR. PLAINTIFF

VERSUS   CIVIL ACTION NO: 5:08-cv-289-DCB-MTP

WARDEN JACQUELYN BANKS, et al. DEFENDANTS

**FINAL JUDGMENT**

This matter having come before the Court on the Magistrate Judge's Report and Recommendation [docket entry no. 62] that the plaintiff's claims be dismissed with prejudice, and the Court's having adopted said Report and Recommendation in its entirety, accordingly:

**IT IS HEREBY ORDERED AND ADJUDGED** that the action is **DISMISSED WITH PREJUDICE.**

**SO ORDERED**, this the 24th day of March 2010.

　　　　　　　　　　　　　　　　　s/ David Bramlette
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**